AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES BETHEA, JR., PASTOR, TRUE DELIVERANCE TABERNACLE CHURCH

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV210-191

EVANGELICAL CHRISTIAN CREDIT UNION and GEORGIA POWER COMPANY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered October 27, 2011, all claims of the Plaintiff are hereby dismissed. This case stands closed.

Approved by: _____

October 31, 2011
Date

Scott L. Poff
Clerk

(By) Deputy Clerk